UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASEEM STANAZAI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action 17-2653-RDM |
| ) | |
| BROADCASTING BOARD OF ) | |
| GOVERNORS, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S OPPOSITION
TO BROADCASTING BOARD OF GOVERNORS
MOTION FOR RECONSIDERATION AND
IN THE ALTERNATIVE  SUMMARY JUDGEMENT**

COMES NOW Plaintiff, by and through his attorney of record, and requests this Honorable Court to deny Defendant, Broadcasting Board of Governors ("BBG") Motion for Reconsideration and Summary Judgement.  A supporting memorandum, statement of facts in dispute and plaintiff's declaration as well as a proposed order consistent with this motion are attached hereto.

Respectfully submitted this 10th day of
February 2020

/s/ Shameela Sarah Shah            
Shameela Sarah Shah, D.C. BAR #995094
1310 L Street NW, Suite 750
Washington DC 20005
Tel. No. (202) 450-1059, (202) 450-1051
s.sarah@shahfirm.com
Counsel for Plaintiffs

## Certificate of Service

The above Opposition to Motion for Summary Judgement and Motion for Reconsideration and all supporting documents memorandum and statements, were served via electronic filing on February 10, 2020 on the defendant's attorneys.

Johnny Walker
Assistant US Attorney
555 4th Street NW
Washington DC 20530
202-252-2575

/s/ Shameela Sarah Shah
Shameela Sarah Shah,