UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NASEEM STANAZAI,                )
                                )
       *Plaintiff,*           )
                                )
       v.                       )    Civil Action 17-2653-RDM
                                )
BROADCASTING BOARD OF           )
GOVERNORS,                      )
                                )
       *Defendant*.          )
_____)_____

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS AS TO
WHICH THERE IS GENUINE DISPUTE**

1. Plaintiff agrees to statements 1, 2, 3.

2. Plaintiff does not agree with statements 4 through 13.

    a. #4 is a material fact as the exact times when Mr. Ayazi was the Acting Chief of the Afghan Service.

    b. #5 is disputed fact because whether those who were either managing editor or supervisory international broadcasters were GS13.

    c. #6 it is a disputed fact whether the pretext for the restructure of management was to streamline workflow.

    d. #7 it is disputed fact that there were three radio and one television services for two languages and the restricting of the new management format.

    e. #8 Material fact in dispute whether Lina Rozbi was reassigned.

    f. #9 Agree that Shaista Lami was GG13.

    g. #10 term "senior editor" is material fact in dispute.

    h. #11 material fact in dispute.

i. #12 disputed fact.

j. #13 disputed facts.

                                                Respectfully Submitted ,

                          By:  /s/ Shameela Sarah Shah

                                SHAMEELA SARAH SHAH
                                Bar #995094
                                1310 L Street NW
                                Suite 750
                                Washington DC 20005
                                202-450-1059 / 202-450-1051
                                Email: s.sarah.shah@lawofficesofshahandshah.com

                                *Counsel for Plaintiff*