UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NASEEM STANAZAI, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action 1:17-2653 -RDM |
| | ) | |
| BROADCASTING BOARD OF | ) | |
| GOVERNORS, | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**PROPOSED ORDER**

Upon consideration of Defendant's Motion to Reconsider and for Summary Judgement, and the entire record herein, it is hereby:

**ORDERED** that Defendant's Motion for Summary Judgement is **DENIED**.

It is **SO ORDERED**.

Dated:_____        _____
                                                         The Honorable Randolph D. Moss
                                                         United States District Judge