# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NASEEM S. STANAZAI,

     *Plaintiff,*

     v.

BROADCASTING BOARD
OF GOVERNORS,

     *Defendant.*

Civil Action No. 17-2653-RDM

## DECLARATION OF CARROLL COBB

Pursuant to 28 U.S.C. § 1746, I, Carroll Cobb, declare as follows:

1.     I am the Director of the Office of Human Resources at the Broadcasting Board of Governors ("BBG"). I have served in that role since June 2015. Prior to that, for one-and-a-half years, I was the Director of Human Resources for the Office of Inspector General at the United States Department of Agriculture. Prior to that, I worked in the Office of Human Resources at the BBG from September 1991 to 2013, during which time I attained the position of Senior Human Resources Specialist before departing for the Department of Agriculture's Office of Inspector General.

2.     In or around July 2016, I met with Akbar Ayazi, the Director of the South and Central Asia Division. The purpose of the meeting was to discuss Mr. Ayazi's plan to reconfigure the management structure in the Afghan Service.

3.     As I understood it, Mr. Ayazi wanted to streamline the management structure and reassign individuals to positions that would improve the effectiveness and efficiency of the Afghan service.

4.     To those ends, Mr. Ayazi reassigned certain GS-13 employees to different responsibilities. I ultimately approved Mr. Ayazi's action as the Director of the Office of Human Resources, and his restructuring became effective in or around October 2016.

5.     Requests for personnel action (also known as "SF-50s") were issued for the reassignments. True and correct copies of those SF-50s are attached as Exhibits 1 through 4. As the SF-50s demonstrate, Mr. Ayazi's action involved the reassignment of work between GS-13 employees in the Afghan Service. No additional GS-13 positions were created and no competitive hiring took place.

6.     Under federal regulations, a GS-12 employee who is at the full performance level of the position cannot assume a permanent GS-13 position without the agency engaging in a competitive selection process.

7.     Based on my understanding, at the time of the restructuring, Mr. Stanazai was a GS-12 International Broadcaster in a position with a full performance level of GS-12. As such, he would not have been eligible to be promoted to a GS-13 managing editor position under the new structure without competing for the positon under merit promotion procedures.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

Signed on July 9, 2018

Carroll Ellis Cobb

2

Case 1:17-cv-02653-RDM   Document 15-4   Filed 07/11/18   Page 6 of 6

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) ROZBIH, LINA NMN | 2. Social Security Number | 3. Date of Birth | 4. Effective Date 10/30/2016 |
|---|---|---|---|

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code 721 | 5-B. Nature of Action Reassignment | 6-A. Code | 6-B. Nature of Action |
| 5-C. Code N2M | 5-D. Legal Authority Reg 335.102 | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number MANAGING EDITOR (TV) (DARI/PASHTO) V158174-15093 | 15. TO: Position Title and Number MANAGING EDITOR (RADIO/TV) (DARI) V169110-15682 |
|---|---|

| 8. Pay Plan GS | 9. Occ. Code 1082 | 10. Grade or Level 13 | 11. Step or Rate 06 | 12. Total Salary $107,505.00 | 13. Pay Basis PA | 16. Pay Plan GS | 17. Occ. Code 1082 | 18. Grade or Level 13 | 19.Step or Rate 06 | 20. Total Salary/Award $107,505.00 | 21. Pay Basis PA |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 12A. Basic Pay $86,156.00 | 12B. Locality Adj. $21,349.00 | 12C. Adj. Basic Pay $107,505.00 | 12D. Other Pay $0 | 20A. Basic Pay $86,156.00 | 20B. Locality Adj. $21,349.00 | 20C. Adj. Basic Pay $107,505.00 | 20D. Other Pay $0 |
|---|---|---|---|---|---|---|---|

| 14. Name and Location of Position's Organization VOA/LSA INTERNATIONAL BROADCASTING BUREAU VOICE OF AMERICA LANGUAGE PROGRAMMING SOUTH AND CENTRAL ASIA DIVISION AFGHANISTAN BRANCH | 22. Name and Location of Position's Organization VOA/LSAD INTERNATIONAL BROADCASTING BUREAU VOICE OF AMERICA LANGUAGE PROGRAMMING SOUTH AND CENTRAL ASIA DIVISION AFGHANISTAN BRANCH/DARI SERVICE |
|---|---|

## EMPLOYEE DATA

| 23. Veterans Preference 1 1 = None   3 = 10-Point/Disability   5 = 10-Point/Other 2 = 5-Point   4 = 10-Point/Compensable   6 = 10-Point/Compensable/30% | 24. Tenure 2 0 = None   2 = Conditional 1 = Permanent   3 = Indefinite | 25. Agency Use AD | 26. Veterans Preference for RIF YES   X NO |
|---|---|---|---|
| 27. FEGLI B0   Waived | 28. Annuitant Indicator 9   Not Applicable | | 29. Pay Rate Determinant 0 |
| 30. Retirement Plan K   FERS and FICA | 31. Service Comp. Date (Leave) 04/10/2006 | 32. Work Schedule F   Full-Time | 33. Part-Time Hours Per Biweekly Pay Period |

## POSITION DATA

| 34. Position Occupied 1 1 = Competitive Service   3 = SES General 2 = Excepted Service   4 = SES Career Reserved | 35. FLSA Category E E = Exempt   N = Nonexempt | 36. Appropriation Code D| | 37. Bargaining Unit Status 8888 |
|---|---|---|---|
| 38. Duty Station Code 110010001 | 39. Duty Station (City – County – State or Overseas Location) WASHINGTON / DISTRICT OF COLUMBIA / DISTRICT OF COLUMBIA | | |

| 40. Agency Data GENDER: F | 41. EMP ACC LVL: | 42. COMP LVL: 1082 | 43. CITIZENSHIP: 1 | 44. Org Cd: 157S21 Supervisor or Manager |
|---|---|---|---|---|

45. Remarks
Position is at the full performance level or band

| 46. Employing Department or Agency Broadcasting Board of Governors (IB00) | 50. Signature/Authentication and Title of Approving Official Electronically Signed by: Carroll E. Cobb DIRECTOR OF HUMAN RESOURCES | Exhibit 4 |
|---|---|---|
| 47. Agency Code IB00 | 48. Personnel Office ID 4452 | 49. Approval Date 10/30/2016 | | |

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|
| LAMI, SHAISTA SADAT | | | | 01/08/2017 |

| **FIRST ACTION** | | **SECOND ACTION** | |
|---|---|---|---|
| 5–A. Code | 5–B. Nature of Action | 6–A. Code | 6–B. Nature of Action |
| 501 | Conv to Career Cond Appointment | | |
| 5–C. Code | 5–D. Legal Authority | 6–C. Code | 6–D. Legal Authority |
| BWA | OPM DE Agr IBBBBG-1. | | |
| 5–E. Code | 5–F. Legal Authority | 6–E. Code | 6–F. Legal Authority |
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| INT BROADCASTER (TV) (PASHTO) V2039-11358 | MANAGING EDITOR (RADIO/TV) (PASHTO) V169167-15813 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19.Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GG | 1001 | 13 | 06 | $110,595.00 | PA | GS | 1082 | 13 | 06 | $110,595.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $87,014.00 | $23,581.00 | $110,595.00 | $0 | $87,014.00 | $23,581.00 | $110,595.00 | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| VOA/LSAP INTERNATIONAL BROADCASTING BUREAU VOICE OF AMERICA LANGUAGE PROGRAMMING SOUTH AND CENTRAL ASIA DIVISION AFGHANISTAN BRANCH/PASHTO SERVICE | VOA/LSAP INTERNATIONAL BROADCASTING BUREAU VOICE OF AMERICA LANGUAGE PROGRAMMING SOUTH AND CENTRAL ASIA DIVISION AFGHANISTAN BRANCH/PASHTO SERVICE |

### EMPLOYEE DATA

| 23. Veterans Preference | | | 24. Tenure | | 25. Agency Use | 26. Veterans Preference for RIF | |
|---|---|---|---|---|---|---|---|
| 1 | 1 – None    3 – 10–Point/Disability    5 – 10–Point/Other<br>2 – 5–Point    4 – 10–Point/Compensable    6 – 10–Point/Compensable/30% | | 2 | 0 – None    2 – Conditional<br>1 – Permanent    3 – Indefinite | AD | YES | X   NO |

| 27. FEGLI | | 28. Annuitant Indicator | | 29. Pay Rate Determinant |
|---|---|---|---|---|
| C0 | Basic only | 9 | Not Applicable | 0 |

| 30. Retirement Plan | | 31. Service Comp. Date (Leave) | 32. Work Schedule | | 33. Part–Time Hours Per<br>Biweekly<br>Pay Period |
|---|---|---|---|---|---|
| K | FERS and FICA | 11/16/2003 | F | Full-Time | |

### POSITION DATA

| 34. Position Occupied | | 35. FLSA Category | | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|---|---|
| 1 | 1 – Competitive Service   3 – SES General<br>2 – Excepted Service   4 – SES Career Reserved | E | E – Exempt<br>N – Nonexempt | D | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 110010001 | WASHINGTON / DISTRICT OF COLUMBIA / DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| GENDER: F | EMP ACC LVL: 0 | COMP LVL: 0000 | CITIZENSHIP: 1 | Org Cd: 157S22 Supervisor or Manager |

45. Remarks
Initial probationary period completed.
Service counting toward career tenure from 08-JAN-2017.
Position is at the full performance level or band
Selected from Cert 20161216-CAJG-002 under Delegated Examining: IBB.
Employee is automatically covered under FERS, FERS-RAE or FERS-FRAE
Frozen Service: 0000
Creditable Military Service: 0000
Previous retirement coverage:  Previously covered.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| Broadcasting Board of Governors (IB00) | Electronically Signed by: |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | Carroll E. Cobb |
|---|---|---|---|
| IB00 | 4452 | 01/08/2017 | DIRECTOR OF HUMAN RESOURCES |

**Exhibit 2**

5–Part 50–316

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540–01–333–6238

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| AZIZZADA, ABDUL A | ███████ | ██████ | 10/30/2016 |

### FIRST ACTION

| 5–A. Code | 5–B. Nature of Action |
|---|---|
| 721 | Reassignment |

| 5–C. Code | 5–D. Legal Authority |
|---|---|
| N2M | Reg 335.102 |

| 5–E. Code | 5–F. Legal Authority |
|---|---|
| | |

### SECOND ACTION

| 6–A. Code | 6–B. Nature of Action |
|---|---|
| | |

| 6–C. Code | 6–D. Legal Authority |
|---|---|
| | |

| 6–E. Code | 6–F. Legal Authority |
|---|---|
| | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| SUPV INT BROADCASTER (DARI/PASHTO) | SENIOR EDITOR (MULTIMEDIA) (DARI) |
| V147131-14673 | V169171-15681 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 1001 | 13 | 07 | $110,578.00 | PA |

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19.Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 1082 | 13 | 07 | $110,578.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $88,618.00 | $21,960.00 | $110,578.00 | $0 |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $88,618.00 | $21,960.00 | $110,578.00 | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| VOA/LSA | VOA/LSA |
| INTERNATIONAL BROADCASTING BUREAU | INTERNATIONAL BROADCASTING BUREAU |
| VOICE OF AMERICA | VOICE OF AMERICA |
| LANGUAGE PROGRAMMING | LANGUAGE PROGRAMMING |
| SOUTH AND CENTRAL ASIA DIVISION | SOUTH AND CENTRAL ASIA DIVISION |
| AFGHANISTAN BRANCH | AFGHANISTAN BRANCH |

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — None   3 — 10–Point/Disability   5 — 10–Point/Other | 0 — None   2 — Conditional | AD | YES  X  NO |
| 1   2 — 5–Point   4 — 10–Point/Compensable   6 — 10–Point/Compensable/30% | 1   1 — Permanent   3 — Indefinite | | |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| F5   Basic + Option A + Option C (5x) | 9   Not Applicable | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part–Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K   FERS and FICA | 07/12/2002 | F   Full-Time | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 — Competitive Service   3 — SES General | E   E – Exempt | DI | 1029 |
| 1   2 — Excepted Service   4 — SES Career Reserved | N – Nonexempt | | |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 110010001 | WASHINGTON / DISTRICT OF COLUMBIA / DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. EMP ACC LVL: 0 | 42. COMP LVL: 0000 | 43. CITIZENSHIP: 1 | 44. Org Cd: 157S20 Non-Supervisory |
|---|---|---|---|---|
| GENDER: M | | | | |

**45. Remarks**
Position is at the full performance level or band

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| Broadcasting Board of Governors (IB00) | Electronically Signed by: |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| IB00 | 4452 | 10/30/2016 |

Carroll E. Cobb
DIRECTOR OF HUMAN RESOURCES

# Exhibit 1

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540–01–333–6238

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle)<br>NASAR, IBRAHIM NMN | 2. Social Security Number | 3. Date of Birth | 4. Effective Date<br>10/30/2016 |
|---|---|---|---|

| **FIRST ACTION** | **SECOND ACTION** |
|---|---|

| 5-A. Code<br>721 | 5-B. Nature of Action<br>Reassignment | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 5-C. Code<br>N2M | 5-D. Legal Authority<br>Reg 335.102 | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number<br>SUPV INT BROADCASTER (PASHTO)<br>V158164-15084 | 15. TO: Position Title and Number<br>SPECIAL PROJECTS MANAGER<br>V169169-15683 |
|---|---|

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19.Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 1001 | 13 | 05 | $104,433.00 | PA | GS | 1001 | 13 | 05 | $104,433.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $83,694.00 | $20,739.00 | $104,433.00 | $0 | $83,694.00 | $20,739.00 | $104,433.00 | $0 |

| 14. Name and Location of Position's Organization<br>VOA/LSAP<br>INTERNATIONAL BROADCASTING BUREAU<br>VOICE OF AMERICA<br>LANGUAGE PROGRAMMING<br>SOUTH AND CENTRAL ASIA DIVISION<br>AFGHANISTAN BRANCH/PASHTO SERVICE | 22. Name and Location of Position's Organization<br>VOA/LSA<br>INTERNATIONAL BROADCASTING BUREAU<br>VOICE OF AMERICA<br>LANGUAGE PROGRAMMING<br>SOUTH AND CENTRAL ASIA DIVISION<br>AFGHANISTAN BRANCH |
|---|---|

### EMPLOYEE DATA

| 23. Veterans Preference<br>1 - None   3 - 10-Point/Disability   5 - 10-Point/Other<br>2 - 5-Point   4 - 10-Point/Compensable   6 - 10-Point/Compensable/30%<br>**1** | 24. Tenure<br>0 - None   2 - Conditional<br>1 - Permanent   3 - Indefinite<br>**2** | 25. Agency Use<br>AD | 26. Veterans Preference for RIF<br>YES   **X** NO |
|---|---|---|---|

| 27. FEGLI<br>C0   Basic only | 28. Annuitant Indicator<br>9   Not Applicable | 29. Pay Rate Determinant<br>0 |
|---|---|---|

| 30. Retirement Plan<br>K   FERS and FICA | 31. Service Comp. Date (Leave)<br>11/08/2009 | 32. Work Schedule<br>F   Full-Time | 33. Part-Time Hours Per<br>Biweekly<br>Pay Period |
|---|---|---|---|

### POSITION DATA

| 34. Position Occupied<br>1 - Competitive Service   3 - SES General<br>2 - Excepted Service   4 - SES Career Reserved<br>**1** | 35. FLSA Category<br>E   E - Exempt<br>N - Nonexempt | 36. Appropriation Code<br>D| | 37. Bargaining Unit Status<br>1029 |
|---|---|---|---|

| 38. Duty Station Code<br>110010001 | 39. Duty Station (City - County - State or Overseas Location)<br>WASHINGTON / DISTRICT OF COLUMBIA / DISTRICT OF COLUMBIA |
|---|---|

| 40. Agency Data<br>GENDER: M | 41.<br>EMP ACC LVL: 0 | 42.<br>COMP LVL: 1001 | 43.<br>CITIZENSHIP: 1 | 44.<br>Org Cd: 157S20 Non-Supervisory |
|---|---|---|---|---|

45. Remarks
Position is at the full performance level or band

| 46. Employing Department or Agency<br>Broadcasting Board of Governors (IB00) | 50. Signature/Authentication and Title of Approving Official<br>Electronically Signed by:<br>Carroll E. Cobb<br>DIRECTOR OF HUMAN RESOURCES | **Exhibit 3** |
|---|---|---|

| 47. Agency Code<br>IB00 | 48. Personnel Office ID<br>4452 | 49. Approval Date<br>10/30/2016 | | |
|---|---|---|---|---|

5-Part 50-316

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

# Exhibit 2

# Deposition of Beth Mendelson (excerpts) (August 24, 2016)

1   other radio operations in Afghanistan.

2        Q    Do you know which radio stations or

3   operations VOA competes with?

4        A    BBC is one of the main competitors.

5        Q    Any other?

6        A    BBC is the main, and other local, you

7   know, Afghan radio, but the other, the biggest

8   international broadcaster is BBC.

9        Q    Okay.  What about Radio Free Asia?

10       A    RFA is, you know, RFA, more not really a

11   competitor but under the same umbrella.  Not really

12   considered a competitor.

13       Q    Okay.  And when you say the programming

14   office wanted to revamp the Dari and Pashto Service,

15   to, and part of that revamping was to, and I didn't

16   understand, introduce new shows?

17       A    New formats, new formats which would be

18   new shows.  A whole, a whole restructuring of the

19   radio as it existed, which I don't believe they had

20   done in almost 20 years.

21       Q    I'm having trouble understanding the new

22   format.  That's been a question since the beginning

1    of this.

2       A    Okay.

3       Q    So is it something nebulous that has to do

4    with --

5       A    No.

6       Q    So, okay.

7       A    So the nexus of that was that the head of

8    programming, who at the time was John Lennon, had a

9    meeting with my then boss, Spozhmai Maiwandi, and

10   myself to talk about based on the, on the research

11   they had gotten they wanted to really energize radio

12   in a different way.  They wanted to reformat.  They

13   wanted to be, as they said, more competitive in the

14   marketplace.  Television had started a couple years

15   prior.  The Web was starting in Afghanistan.  The

16   media landscape was changing from 2006, was changing

17   a great deal in Afghanistan, so they wanted radio to

18   change as well.

19      Q    Okay.  So --

20      A    So what we did is, so I can put this in

21   context for you, was the Dari and Pashto managers,

22   we have what they would call a clock.  It's a clock

1  where you look at all the different, you know, you

2  look at the hours of the day and how many hours you

3  broadcast and break it down about what was working

4  with the clock and where were you going to make

5  changes.

6              And also at the time, the staff were

7  not used to putting things into a system.  We had,

8  we would do logs, but we had a new mechanism called

9  Dalet, and everything had to go, everything had to

10  be automated.

11      Q    Right.

12      A    Okay.

13      Q    So that was part of the new format?

14      A    Correct, part of new format.  Everything,

15  everything was now coming forward to be much more,

16  technically everything had to be documented.  I

17  needed to know what was on the shows so I could meet

18  with the managers and find out if we were giving

19  relevant news to our audience, and if the poetry

20  shows were talking about things that we felt were

21  relevant, if they were asking the right questions to

22  the audience, and I would interface with managers to

1   talk about that.

2        Q    So you mentioned poetry show, news show

3   formats were being changed.  So these are just

4   examples.

5        A    Not everything was changed.  Some of the

6   things that were very successful were not changed.

7        Q    For example?

8        A    The poetry show was, I think at the time

9   Mr. Jahani was doing a show, and he was the poet

10  laureate in Afghanistan.  He was quite beloved.

11  Zeba Khadem was well known for her radio shows, but

12  that's, I believe that's all she had ever done was,

13  was radio, was the poetry show.  And we were looking

14  at other people who might have something to say in

15  the various areas.  You know, we needed people to

16  cover news conference -- we have a small staff and

17  we needed everybody to be multi-trained.

18       Q    Okay.

19       A    Everybody had to learn all the various

20  disciplines.

21       Q    I see.  So, so to be multi-trained, was

22  that part of the new format?

1    A    That was part of the new initiative.

2  Everybody had to be able to do everything.

3    Q    Okay.  And by everybody doing everything,

4  and I'm kind of going, jumping in ahead, but you

5  just mentioned that Ms. Khadem was a radio voice?

6    A    Um-hum.

7    Q    And would you say that she was recognized

8  in Afghanistan?

9    A    Many of the people in radio were

10  recognized.  She, they were all recognized in their

11  different ways.

12    Q    Um-hum.  So, okay.  So, she was someone

13  who had certain areas or talents?

14    A    She had, she had something she did that

15  she did for many years, but she did other things

16  too.  But that was one of the things.  She and Mr.

17  Jahani used to like to do poetry shows.  They were

18  doing that for many years.  And we were looking to

19  have everybody do different, not just what they had

20  done but to look -- we were trying to attract a new

21  audience, not the audience who knew all the old, the

22  old, the former, I should say, former talent.  We

Case 1:17-cv-02653-RDM Document 33-4 Filed 03/19/20 Page 15 of 33
Case 1:17-cv-02653-RDM Document 17-2 Filed 08/23/18 Page 7 of 9

22

1   needed to, wanted to bring in new people.

2       Q    Right.  And so with the new audience you

3   brought in new staff?

4       A    Yes.

5       Q    And then the new staff -- by new staff,

6   are you part of the hiring --

7       A    Yes.

8       Q    -- mechanism?  Okay.

9       A    Absolutely.

10      Q    And so you would be the person who would

11  try to sort of get what kind of talent you were

12  looking for?

13      A    Right.

14      Q    So the news staff, what were you looking

15  for in the news staff?

16      A    People who were multi-skilled, people who

17  could write, people who could produce, people who

18  could gather news, people who could go on air, who

19  could do a little bit of everything, who had strong

20  editorial judgment.

21      Q    Um-hum.

22      A    Who had a lot of years of experience in

1    A    We were, those are the kinds of things we

2    were considering.  You know, we were trying to look

3    at different things that we were going to be doing.

4    I don't think we ultimately did that because we

5    thought local news did that.  But I was giving you

6    an example.  We were looking at everything.  But I

7    think we kept the basic format of, we kept the basic

8    format of the radio and tightened it up.  And I

9    think we tried to make it a little bit more fast

10   paced to energize the pacing of the -- you know, in

11   television and radio a lot of it is about the pacing

12   and the rhythm of shows.  And the music, you know,

13   changing music and giving it, for lack of a better

14   word, a facelift.

15        Q    Okay.  And when you were energizing or --

16        A    Facelifting?

17        Q    Facelifting, you said the basic format was

18   the same?

19        A    In many ways, yeah, in many ways.

20        Q    So I'm trying to figure out what the

21   changes were.

22        A    The changes were --

70

```
 1        Q    Do you know in what area?

 2        A    I don't recall.  He was originally hired

 3   as a translator when I first, I believe I had hired

 4   him as a translator to work on a documentary on the

 5   opium trade.  Originally, many, many years ago.

 6        Q    Right.  Would it be accurate to say

 7   Mr. Noorzai is a, has a, has a doctorate in

 8   multimedia?  Is that accurate?

 9        A    I don't recall.  I don't know.

10        Q    Have you ever evaluated Mr. Nasar's Pashto

11   skills, special language skills?

12        A    They were evaluated prior to his being

13   hired by Ms. Maiwandi.

14        Q    By Ms. Maiwandi.  And do you remember, do

15   you know whether Mr. Nasar ever took the Pashto

16   language test?

17        A    I don't recall.

18        Q    Do you know whether, where Mr. Nasar is

19   from?

20        A    Pakistan, I believe.  ✓

21        Q    Do you know where Mr. Kahn is from, Khalil

22   Kahn?
```

# Exhibit 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NASEEM S. STANAZAI,

*Plaintiff,*

v.

BROADCASTING BOARD
OF GOVERNORS,

*Defendant.*

Civil Action No. 17-2653-RDM

## DECLARATION OF AKBAR AYAZI

Pursuant to 28 U.S.C. § 1746, I, Akbar Ayazi, declare as follows:

1.      I am the Director of the South and Central Asia Division of Voice of America ("VOA"). VOA is the largest international broadcaster, providing news and information in more than 40 languages to an estimated weekly audience of 236.8 million people. VOA produces content for digital, television, and radio platforms. As Director of the South and Central Asia Division, I oversee daily broadcasts in eight language services in radio, television and the web. I have served in this position since April 5, 2015.

2.      During approximately six months in 2016, in addition to serving as Director of the South and Central Asia Division, I also served as the acting Chief of the Afghan Service. The Afghan Service is part of the South and Central Asia Division. The Service broadcasts in the Dari and Pashto languages.

3.      At the time I became acting Chief, the Afghan Service was divided into four groups: (1) Dari radio, (2) Pashto radio, (3) Dari and Pashto television, and (4) digital. Each group was led by a GS-13 employee referred to as either a "managing editor" or "supervisory international broadcaster." Dari radio was led by Abdul Azizzada. Pashto radio was led by Ibrahim Nasar. Dari and Pashto television was led by Lina Rozbih. And digital was led by Akmal Dawi.

4.      Shortly after becoming acting Chief of the Afghan Service, in October 2016, I proposed to restructure the management of the service in order to streamline workflow and to improve the quality of the broadcast. My changes were outlines in an email to the Afghan Service dated October 7, 2016. A true and correct copy of that email is attached to this declaration as Exhibit 1.

5.      In particular, I reconfigured the three radio and television services into two services organized by language. Thus, Dari radio, Pasto radio, and Dari and Pashto television became Dari radio and television and Pashto radio and television.

6.      I assigned Lina Rozbih, to be the GS-13 managing editor of the Dari radio and television service. Ms. Rozbih had previously been the GS-13 managing editor of the Dari and Pashto television service. Ms. Rozbih is only fluent in Dari.

7.      I assigned Shaista Sadat Lami to be the GS-13 managing editor of the Pashto radio and television service. Ms. Lami had previously been a GS-13 international broadcaster for Pasto television.

8.      Mr. Azizzada became a GS-13 senior editor in the digital group where he serves as the web editor of the Dari website. Mr. Nasar became a GS-13 special projects manager responsible for managing grants and for service as the contracting officer's representative for all of the Afghan Service's contractors. Mr. Dawi remained as the GS-13 managing editor for digital and also became acting Chief of the Afghan Service in my stead.

9.      I did not create any new GS-13 positions as part of the restructuring and did not advertise any of the positions or conduct a competitive hiring process. Instead, the restructuring involved only a reassignment of work responsibilities between GS-13 employees in the Afghan Service.

2

10.    A GS-12 employee (like Plaintiff Naseem Stanazai) could not have been reassigned to the roles of managing editor of Dari radio and television or of managing editor of Pashto radio and television because those are GS-13 positions.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

Signed on July 9 , 2018                          Akbar Ayazi

# Exhibit 4

<u>Affidavit</u>                                                EXHIBIT E1

My name is Akbar Ayazi, and I have the following responses to the questions of the investigator:

1. State the title/grade of your position.

Director, South and Central Asia Division, GS-15.

2. State your date of birth, gender, and national origin.

06 /22/1954, male, Afghanistan.

3. How long have you been employed as the Division Director?

Since April 2015

4. Were you at anytime the second-line supervisor of Mr. Stanazai?  If yes, for what period of time were you his supervisor?

Yes, in addition to being the Division Director, I also served as acting service chief for the Afghan Service for about six months from early 2016 to mid 2016

5. What is your response to his allegation that your failure to select him for any of the positions resulting from your management reorganization of the Afghanistan Branch in October 2016 was reflective of discrimination based on his age?

This is not correct. My management reorganization of the Afghan Service was made or about October 7, 2016.  My decision had nothing to do with age, race or national of origin. Complainant is not a manager or supervisory official, so nothing changed for him. He, like other International Broadcasters, GS-12, remained International Broadcasters and were not moved. Instead, I moved around GS-13 managers to better streamline the workflow of the service and to improve the quality of the broadcast.

For example, prior to reorganizing management, there was one manager over TV for both Pashto and Dari.  This manager was not fluent in Pashto language.  There were two managers in radio.  I reorganized to have two managers—one over Dari TV and Radio and the other one over Pashto TV and Radio.  That allowed me to reassign another manager to handle grants, contracts and special projects.  That was needed for the Afghanistan Service because no one was really overseeing that.

The reassignment of my managers was discussed in my email dated October 7, 2016, to the Afghanistan Service. It's attached for your information.

6. What is your response to his allegation that your failure to select him for any of the positions resulting from your management reorganization of the Afghanistan Branch in October 2016 was reflective of discrimination based on his gender?

37

A.A                                                         1 of 4

This is not correct. Please see my response to question number 5.

7. What is your response to his allegation that your failure to select him for any of the positions resulting from your management reorganization of the Afghanistan Branch in October 2016 was reflective of discrimination based on his national origin?

This is not correct. Please see my response to question number 5.

8. Were you aware that he had filed a prior EEO complaint in 2013? If yes, explain when and how you became aware of such complaint.

In or about late April 2015, Complainant's coworkers notified me that they had EEO complaints.

9. What is your response to his allegation that your failure to select him for any of the positions resulting from your management reorganization of the Afghanistan Branch in October 2016 was reflective of a reprisal for his participation in a protected EEO activity?

This is not correct. Complainant was not a GS-13 manager. He could not have been placed into any of the management reorganization positions. This was not a non-selection but a reassignment of my managers.

10. Was your involvement in the positions resulting from your management reorganization of the Afghanistan Branch in October 2016 that of the recommending official or the approving official? If the former, identify the name and title of the recommending official?

I was the recommending official. HR and my supervisor approved the reorganization of my managers within the Afghan Service

10A. Identify the referenced officials who approved the reorganization.

It was approved by VOA Program Manager, Kelu Chao and HR Director, Carroll Cobb.

B. Was such approval expressed orally or in writing? If the latter, do you have copies of your emails to them and their responses to you. (If yes, I will need such emails for the record.)

HR approved it in writing by Email, and Kelu.

11. What were your reasons for selecting Lina Rosbih for the position of Managing Editor and Dari Team Leader?

I didn't select Lina Rozbeh as Managing Editor of Afghan TV in or about 2015. She was selected for this position by former Afghan Service Chief, Masood Farivar. She was recommended as the top candidate by a 3 person panel.

11A. I am confused because I had understood your referenced October 2016 email as stating that under the reorganization, "Lina Rosbih will lead the Dari team TV and radio combined as managing

*A·A*

editor." For my clarification, explain how your response to question 11 is consistent with the quoted language from your email.

I think the answer is confusing because the question is confusing. My answers are consistent. The question asks about Ms. Rosbih's selection for her position as opposed to the management restructuring of the Afghan Service that I did in 2016. The two are different. In or about 2015 Lina Rozbeh was selected by then Service Chief Masood Farivar as Program Manager for Dari & Pashto TV section of the Afghan Service. In or around October of 2016 in the restructuring process her responsibilities were changed to Only Dari Radio & TV managing editor.

B. Explain why you wanted her in particular to perform such role.

Because she was already a GS-13 manger and had the experience. She is fluent in Dari. She had the experiences in both radio and TV. No promotion was necessary.

12. Did you consider Mr. Stanazai for such position? If not, explain why you did not consider him for such position.

I am not aware if Mr. Stanazai applied for that position. I approved the selection made by Masood Farivar.

13. What were your reasons for selecting Shasta Sadat for the position of Managing Editor and Pashto Team Leader?

In or about January 2017, Eric Phillips, Program Manager, selected Shasta Sadat for the position of Managing Editor and Pashto Team Leader. She was selected after Mr. Philips interviewed process of the top candidates. He believed she did better job in the interview and she had experience in TV, Radio and Digital. Ms. Sadat was already a GG-13 and performing the duties of a GS-13 position and had the experience.

13A. I am also confused because I had understood your referenced October 2016 email as stating that under the reorganization, "Shasta Sadat [was asked] to lead the Pashto Team as managing editor." For my clarification, explain how your response to question 13 is consistent with the quoted language from your email.

Again, I think the answer is confusing because the question is confusing. My answers are consistent. The question asks about Ms. Sadat's selection for her position as opposed to the management restructuring of the Afghan Service that I did in 2016. The two are different. In or about October of 2016 during the management restructuring process of the Afghan Service, Shaista Sadat, a noncitizen GG-13, became the acting managing editor of Pashto radio and TV section of the Afghan service. Ms. Sadat became citizen. In January of 2017 the position was advertised under the Title 5 appointment. After the appointment and interviewing process she was selected as Managing Editor of Pashto Radio & TV section of the Afghan service.



B. Explain why you wanted her in particular to perform such role.

Because she had the experience of both, TV and Radio. She is Native Pashto speaker. She had the experience in management. She was already GG-13. No promotion was necessary.

14. Did you consider Mr. Stanazai for such position? If not, explain why you did not consider him for such position.

Mr. Philips interviewed Mr. Stanazai for this position.

15. Did you consider Mr. Stanazai for any of the other positions resulting from your management reorganization of the Afghanistan Branch in October 2016? If not, explain why you did not consider him for any of such positions.

I did not consider Mr. Stanazai for any position during the restructuring process in October 2016. Because, Mr. Stanazai is GS-12 and all positions during the restructuring were GS-13. There was no opportunity for promotion from GS-12 to GS-13. Everyone in the restructuring process was GS-13

16. Provide here any information you feel is relevant that was not included in your responses to the foregoing questions.

Can't think of any further relevant information, but I do have documents.

17. In responding to the foregoing questions, did you discuss your responses with anyone? If yes, identify such person and explain the reason for such discussion. (This is a standard question.)

Yes, I discussed it with GC and obtained legal advice.

I declare under penalty of perjury that the foregoing responses are true, correct, and complete to the best of my knowledge and belief. My responses have been provided after review of notices furnished to me concerning rights of witnesses and the Privacy Act. I understand that the information I have given is not deemed confidential and may be shown to the interested parties.

07-20-2017

40

4 of 4

*EXHIBIT G-1*

## Agency Staffing Pattern DRNO

November 3, 2016

15? SERVICES OFFICE OF AMERICA LANGUAGE PROGRAMMING SOUTH AND CENTRAL ASIA DIVISION

| Pos | No. | Position Title | Employee Name | GR | Salary | Vet Sch Unit | Beg Unit | F S L B P A V | R/ND | Age | Sex | OneServ | EEO Activity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| V758341 | 14807 | SUPV INTERNATIONAL BROADCASTER | AYAZI, MAHTAB | GS-15 | | F | 3988 | E 2 | WHITE | 62 | M | | |
| V758341 | 14807 | EXECUTIVE OFFICER | SAENGERS, LATOYAH K | GS-15 | | F | 5988 | E 2 | BLACK OR AFRICAN AMERICAN | 34 | F | | |
| V765208 | 15800 | SUPV MANAGING EDITOR | TORRIERO, ERNESTA | GS-14 | | F | 8695 | E 2 | WHITE | 62 | M | | |
| V1175 | 15304 | PROGRAM MANAGER | PHILLIPS, ERICA | GS-14 | | F | 8978 | E 5 | WHITE | 56 | M | | |
| V5345 | 12207 | TV EXECUTIVE PRODUCER | SHKADI, SUSAN | GS-13 | | F | 8M929 | E 5 | WHITE | 56 | F | | |
| V199124 | 15872 | SENIOR EDITOR | FARSHORI, KHARSM | GS-13 | | F | 8M929 | E 9 | WHITE | 49 | M | | |
| V729092 | 14934 | ADMINISTRATIVE OFFICER | GRIGGS, CLAUDETTE | GS-12 | | F | 8935 | E 8 | BLACK OR AFRICAN AMERICAN | 49 | F | | |
| V765669 | 14496 | SUPV OPS CENTER AUDIOVISUAL INTERPRETER (URDU) | KHUFARN, ROHITTU | GS-13 | | F | 814529 | E 8 | ASIAN | 40 | M | | |
| V174092 | 15807 | ADMINISTRATIVE OFFICER | PRENDGT, YORDUE M | GS-12 | | F | 804029 | E 8 | WHITE | 50 | F | | |

Total Employees: 9

WARNING: Disclosure is authorized per receipt only (22 CFR E6). This document contains information protected by the Privacy Act of 1974

184

# Agency Staffing Pattern DRNO

November 3, 2016

157522-VOA/LSAP-VOICE OF AMERICA-LANGUAGE PROGRAMMING-SOUTH AND CENTRAL ASIA DIVISION-AFGHANISTAN BRANC

| PD | No. | Position Title | Employee Name | GR | Salary | Wk Sch | Barg Unit | R L S A | S U P V | RNO | Age | Sex | Disability | EEO Activity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| V158164 | 15084 | SUPV INT BROADCASTER (PASHTO) | NASAR, IBRAHIM | GS-13 | [redacted] | F | 8888 | E | 2 | ASIAN | 43 | M | [redacted] | Y |
| V158165 | 15086 | INT BROADCASTER (PASHTO) | ALIKOZAI, HASIB D | GS-12 | [redacted] | F | IB1029 | N | 8 | WHITE | 30 | M | [redacted] | |
| V1167 | 11557 | INT BROADCASTER (PASHTO) | ASHNA, SAID S | GG-12 | [redacted] | F | IB1029 | N | 8 | WHITE | 43 | M | [redacted] | |
| V114241 | 12843 | INT BROADCASTER (PASHTO) | GHAFFAR, NAZRANA ABDUL | GG-12 | [redacted] | F | IB1029 | N | 8 | ASIAN | 37 | F | [redacted] | |
| V136035 | 14117 | INT BROADCASTER (PASHTO) | JAFAR JAFAR, MOHAMMAD | GG-12 | [redacted] | F | IB1029 | N | 8 | ASIAN | 36 | M | [redacted] | |
| V1175 | 11861 | INT BROADCASTER (PASHTO) | KHADEM, ZEBA | GS-12 | [redacted] | F | IB1029 | N | 8 | WHITE | 65 | F | [redacted] | Y |
| V114241 | 12842 | INT BROADCASTER (PASHTO) | KHAN, KHALIL | GG-12 | [redacted] | F | IB1029 | N | 8 | ASIAN | 38 | M | [redacted] | |
| V2051 | 12036 | INT BROADCASTER (DARI/PASHTO) | KHAWREEN, MOHAMMAD A | GG-12 | [redacted] | F | IB1029 | N | 8 | WHITE | 36 | M | [redacted] | |
| V2039 | 11358 | INT BROADCASTER (TV) (PASHTO) | LAMI, SHAISTA SADAT | GG-13 | [redacted] | F | IB1029 | N | 8 | ASIAN | 46 | F | [redacted] | |
| V1174 | 11858 | TV PRODUCTION SPEC (PASHTO) | MAHMOOD, MARIAM | GS-12 | [redacted] | F | IB1029 | N | 8 | WHITE | 36 | F | [redacted] | |
| V1175 | 11860 | INT BROADCASTER (PASHTO) | MOHMAND, MOHAMMED ZAMEN | GS-12 | [redacted] | F | IB1029 | N | 8 | WHITE | 68 | M | [redacted] | Y |
| V114240 | 12844 | INT BROADCASTER (PASHTO) | NOOR, MATIULLAH ABID | GS-12 | [redacted] | F | IB1029 | N | 8 | WHITE | 45 | M | [redacted] | |
| V114241 | 12841 | INT BROADCASTER (PASHTO) | NOORZAI, ROSHAN | GG-12 | [redacted] | F | IB1029 | N | 8 | WHITE | 36 | M | [redacted] | |
| V114240 | 13773 | INTERNATIONAL BROADCASTER (PASHTO) | SARDAR, SHAFIA | GS-12 | [redacted] | F | IB1029 | N | 8 | WHITE | 54 | F | [redacted] | |
| V114241 | 13771 | INTERNATIONAL BROADCASTER (PASHTO) | SHAH, SAYED S | GG-12 | [redacted] | F | IB1029 | N | 8 | ASIAN | 59 | M | [redacted] | |
| V1175 | 11859 | INT BROADCASTER (PASHTO) | SHAH, SYED B | GS-12 | [redacted] | F | IB1029 | N | 8 | WHITE | 69 | M | [redacted] | Y |
| V1173 | 11851 | INT BROADCASTER (PASHTO) | STANAZAI, NASEEM S | GS-12 | [redacted] | F | IB1029 | N | 8 | WHITE | 62 | M | [redacted] | Y |

Total Employees: 17

WARNING: Disclosure to authorized personnel only (22 CFR 64). This document contains information protected by the Privacy Act of 1974

Agency Staffing Pattern DRNO

November 3, 2016

(07521) QUALIFIED VOICE OF AMERICA-LANGUAGE PROGRAMMING-SOUTH AID CENTRAL ASIA DIVISION AFGHANISTAN BRANC

| PD | BUS# | Position Title | Employee Name | GR | Salary | Yr Svc | Birth | Race | Age | Sex | Disability | EEO Activity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| V147192 | 14485 | MANAGING EDITOR (DIGITAL) (DARI/PASHTO) | DAWI, AKMAL | GS-13 | | F | 08/03 E S | ASIAN | 37 | M | | |
| V1114 | 13167 | INTERNATIONAL BROADCASTER (DARI) | ADIL, ABDUL W | GS-12 | | F | 03/03 N S | WHITE | 61 | M | | |
| V1114 | 15412 | INT BROADCASTER (DARI) | AHMADI, MOHAMMAD | GS-12 | | F | 03/03 U S | WHITE | 39 | M | | |
| V1111 | 13766 | INTERNATIONAL BROADCASTER (DARI) | AHRARZYAR, NAJIBULLAH | GS-12 | | F | 03/03 N S | WHITE | 38 | M | | |
| V1111 | 13766 | INTERNATIONAL BROADCASTER (DARI) | ASSEFI, HAFIZ | GS-12 | | F | 03/03 N S | ASIAN/WHITE | 56 | M | | |
| V3926 | 11990 | INT BROADCASTER (RADIO/TV) (DARI) | AZOLI, LAILAMA H | GS-12 | | F | 03/04 N S | WHITE | 56 | F | | |
| V3124 | 11042 | TV PRODUCTION SPEC (DARI) | AZIZI FREEDA | GS-12 | | F | 03/04 N S | WHITE | 38 | F | | |
| V3126 | 11646 | INT BROADCASTER (TV)(DARI) | AZIZI NASREEN MOHMOOD | GS-12 | | F | 03/04 N S | WHITE | 62 | F | | |
| V1114 | 13837 | INTERNATIONAL BROADCASTER (DARI) | HABIBZADA MOHAMMAD H | GS-11 | | F | 03/04 N S | WHITE | 36 | M | | |
| V142015 | 12176 | INT BROADCASTER (DARI) | MAFTON, KHALID | GS-12 | | F | 03/04 N S | ASIAN | 42 | M | | |
| V1111 | 11896 | INT BROADCASTER (DARI) | NAIM, ALA | GS-12 | | F | 03/03 N S | WHITE | 59 | F | | |
| V1N025 | 13774 | INTERNATIONAL BROADCASTER (MULTIMEDIA) (DARI) | NOGRI, ZHELLA | GS-12 | | F | 07/03 N S | WHITE | 41 | F | | |
| V138105 | 15095 | INT BROADCASTER (TV)(DARI) | OMASKHEL, DRESHPA | GS-12 | | F | 03/03 N S | WHITE | 42 | F | | |
| V3124 | 13414 | TV PRODUCTION SPEC (DARI) | OMINZAI, ABDULLAH | GS-12 | | F | 03/05 N S | WHITE | 32 | M | | |
| V1111 | 11832 | INT BROADCASTER (DARI) | SALAM, NAJIBA | GS-12 | | F | 03/03 N S | WHITE | 61 | F | | |
| V114237 | 12947 | INT BROADCASTER (DARI) | ZIA, SHERAZ BEGAM | GS-12 | | F | 03/03 N S | WHITE | 31 | U | | |

Total Employees: 16

WARNING: Disclosure to authorized personnel only (22 CFR 64).   This document contains information protected by the Privacy Act of 1974

45

Agency Staffing Pattern DRNO

November 3, 2016

IGTSOV-VO-USA-VOICE OF AMERICA-LANGUAGE PROGRAMMING-SOUTH AND CENTRAL ASIA, DIVISION-AFGHANISTAN BRANCH

| PD | ID | Position Title | GR | Wk Sch | Salary | Sup Set | Bar Unit | FLSA APP | RNO | Age | Sex | Disability | EEO Activity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| V141131 | 14373 | SUPV INT BROADCASTER (DARI/PASHTO) | GS-13 | | | F | 6383 | E 2 | WHITE | 63 | M | | |
| V136183 | 13556 | SUPERVISORY TELEVISION PRODUCTION SPECIALIST | GS-13 | | | F | 6355 | E 2 | WHITE | 48 | M | | |
| V158169 | 15060 | SUPERVISORY INT BROADCASTER (DARI) (PASHTO) | GS-14 | | | F | 8688 | E 2 | WHITE | 47 | M | | |
| V158174 | 15093 | MANAGING EDITOR (TV) (DARI/PASHTO) | GS-13 | | | F | 8508 | E 4 | WHITE | 44 | F | | |
| V136227 | 14526 | TELEVISION PROGRAM/TV SPECIALIST | GS-13 | | | F | IBN074 | N 6 | WHITE | 33 | M | | |
| V141066 | 14261 | WEB EDITOR (DARI/PASHTO) | GS-12 | | | F | IBN074 | N 6 | WHITE | 64 | M | | |

Total Employees: 6

46

WARNING: Disclosure to authorized personnel only (22 CFR 6a). This document contains information protected by the Privacy Act of 1974

4

# Exhibit 5

| From: | Akbar Ayazi |
|---|---|
| Sent: | Friday, October 07, 2016 2:01 AM |
| To: | VOA Afghanistan Service |
| Cc: | Kelu Chao; Eric Phillips; Latoyah Saunders; Carol Prahl; Susan Shand; Rohit Kulkarni; Ekram Shinwari; Yoko S Hoffman |
| Subject: | New Afghan service management structure |

This was sent from my private email. If you received it, please ignore it. Here is one from office email.

Dear colleagues,

After working closely with you for a few months as acting service chief, it became clear to me that in order to better streamline the workflow of the service and to improve the quality of the broadcast, restructuring the management of the service and operation was needed. Working closely with senior management and HR the following structure and management is effective immediately.

Structure:

-      VOA Ashna will be one service, one unit and one organization on all platforms. It will be one multimedia service broadcasting in two languages, Dari and Pashto.

-      Because of its unique nature of having two languages on all platforms there will be two teams. Dari team, TV and Radio combined and Pashto team, TV and radio combined.

-      VOA Ashna will have one team for Digital platform. Since digital is rapidly growing, we will soon expand that team to meet the challenges of the future.

-      Karwan TV will no longer be a separate unit. It will be part of the Dari and Pashto teams.

Management:

While I would like to thank Gareth Canway, Ahad Azizzada and Ibrahim Nasar for their service as managers of Karwan TV, Dari Radio and Pashto Radio, the following new management structure will be in place immediately.

-      Beside serving as the manager of digital team, I have asked Akmal Dawi to also serve as acting service chief of the Afghan service. Mr. Dawi's skills of management, talent, energy, creativity and dedication has proven that he will lead the service as a great team to a better future doing great work of journalism.

-      Lina Rosbih will lead the Dari team TV and radio combined as managing editor. During the past one year as editing manager of Ashna TV. Lina has shown to provide great leadership to the team.

-      I have asked Shaista Sadat to lead the Pashto team as managing editor. Having years of experience in radio and TV, Shaista has shown a great sense of teamwork and leadership.

New tasks:

-      Considering the large number of broadcasters and complicated operations of the service, I have asked Ibrahim Nasar to serve as the special project coordinator of the Afghan service. During the last few months Mr. Nasar proved to be an excellent organizer and coordinator of special projects of the service. He will be the COR for the entire Afghan Service contractors, COR for all Afghan Service stringers, managing all Afghan Service grant projects through the Office of Strategy and Development, coordinate cooperative efforts with other elements in BBG. Assisting the Service Chief in efforts to streamline administrative and operation workflows. Working closely with the service chief, Mr. Nasar will report to the division director.

-      Beside Gary Butterworth, Gareth Conway, someone with great experiences and talent in TV production will remain as the executive producers of the Afghan service. Both will support the Dari and Pashto TV teams. They will both work together to focus on improving the quality of TV production, brining it to it's excellence.

-      I have asked Ahad Azizzada to be part of the digital team and serve as Web Editor of Dari Website. Mr. Azizzada with years of experiences in writing in Dari can be a great asset for bringing the Dari Web site to its best.

-      In order to be able to run the complex multiple platforms operation of the service, I have asked Ahmad Sear Zia and Hafiz Assefi to service as senior editors of the Dari team and Roshan Noorzai and Hasib Alikozai to serve as senior

1

4

Exhibit 1

4

editors for the Pashto team. All four editors will support Lina and Shiasta in leading the teams for creating great content and assist them in the editorial process.

- This should be clear to all colleagues that in the absence one manager of any team, the other will be acting as manager for both teams.

In the spirit of cooperation, I would like to call on all colleagues in the Afghan service in Washington and overseas to give their full support to the new team of management and to help them succeed. I expect everyone to paly an important role providing the audience great content. I also expect all to work together with the management as a multimedia team. As our colleagues in Afghanistan are working more and more, providing us multimedia content, colleagues in DC are expected to do the same.

Thanks

AIM HIGH

Akbar Ayazi
Director, South and Central Asia Division

5