UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASEEM STANAZAI, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action 17-2653-RDM |
| ) | |
| BROADCASTING BOARD OF ) | |
| GOVERNORS, ) | |
| ) | |
| *Defendant.* ) | |
| _____) | |

## AFFIDAVIT OF NASEEM STANAZAI

I, Naseem Stanazai being first duly sworn, deposes and states under the penalty of perjury as follows:

I have always sought a senior editor assignment/position. I have brought claims against the defendant because, in spite of my overwhelming qualifications, and consistent pursuit to be promoted I have not been given the opportunity because after I complained, my employer retaliated against me. I am the actual editor of many of those employees who were promoted to GS 13. I have always been ready to be reassigned or promoted, but was completely ignored by Mr. Ayazi. This whole litigation is because I was and still am constantly retaliated against. I am still not GS13. I was doing the work of GS13, but I was not benchmarked. In fact Ms. Lamai was not GS13 either she was GG13. We have no idea when she became a US Citizen, but it was definitely not during the time she was promoted as a GS13 employee. Mr. Ayazi knew that As a GS12, editor who is a US citizen, I am far more qualified to manage the service – if it's called a re-assignment. If it was not a reassignment – it should have been a competitive process.

1

If it was only a non-selective re-assignment, I was and am more qualified, why not reassign me, because I was already an editor, and basically working in management GS 13 position, as were those dozen or so employees of both Pashto and Dari service who were benchmarked and promoted from GS12 to GS13. Practically every single employee who was even remotely editing were benchmarked to GS13, except for me and all those seniors who had complained and were editors.

I applied for positions every time they came up because after having spent many years at VOA and being one of the main Pashto language editors and having social media training and expertise that I knew I was highly competitive. Mr. Ayazi actually never even bothered to advertise or tell us about the restructuring which is the same as new positions, except he calls it a restructuring. A rose by any other name should smell the same, unless management decides otherwise. I always was available to be "re-assigned" to be the managing editor. In fact, as of October 2016, Mr. Ayazi told me to edit Ms. Lamai's work. This shows that I am more qualified for the position. Later I was not benchmarked to GS13, either. I am doing the work of GS13 and being paid as GS12, even now. Those who are GS13 are getting promotions under the guise of "restructuring" This "restructuring" is very similar to what Ms. Beth Mendelson described as "new format" being the policy of the agency. Her deposition is included here. See page 31. Even though I was doing the work of a GS13, my name was never considered for GS13 during benchmarking. I have never seen the form management prepares for benchmarking. I have asked several of the managers – or those who were reassigned to be managers, about the form and whether they had seen it prepared for me to be benchmarked, they have not been provided a form for me. All of these issues show you, that the words and definitions are only ways that management wants to use to explain their retaliation against me for never being considered for

2

any type of advancement, regardless of how it is defined. It is unnerving to play word games with the attorney and for management and HR to play with terms and in reality, these positions were nowhere near a restructuring. Mr. Ayazi blatantly retaliated against me and now in their creative defenses, calling the fact that Ayazi never told anyone or made a competitive bid for these positions, as simply outside the preview of this matter. This is in fact incorrect. I am always seeking management position, and seeking to become GS13, the same as everyone else, who is qualified. That goes without saying. I was available, I was trained and I was able to do any work of a restructuring that was taking place. Further, I could have been promoted to GS 13, in the way that about a dozen other employees of the Pashto and Dari service were benchmarked.

Mr. Ayazi, did not mind waiting for Ms. Lamai to became a US citizen to qualify, but did not consider me in an acting position of the same editorship position until I could be benchmarked to GS13. This would have been standard and easy, it was not a long wait, only a few months, about the same amount of time for Ms. Lamai to became citizen, if what they say is true. Instead, he promoted non-qualified, non-managerial, on air personalities to manage. Ms. Lamai was an on air talent never was she hired, or trained as an editor or as a manger, and she was not qualified based on her citizenship status. While I wanted the position, was talking to everyone and applying for positions that became available. I have spoked with Ms. Cobb, others at HR, Mr. Ayazi and Mr. Farivar about my intentions to be promoted or reassigned or benchmarked. But I was not even considered for the restructuring. There was never an explanation as to why non-qualified individuals who didn't even want the position, as in Ms. Lamai's case, were forced to be managers, except to not advertise those positions, and just call it a reorganization.

_____
Naseem S. Stanazai

2/09/2020
_____
Date