**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NASEEM S. STANAZAI, | |
| *Plaintiff,* | |
| v. | Civil Action No. 17-2653 (RDM) |
| BROADCASTING BOARD OF GOVERNORS, | |
| *Defendant.* | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States

Attorney Anna D. Walker as counsel of record for Defendant in this matter, who is substituting

as counsel for Assistant United States Attorney Johnny Hillary Walker, III.


Dated: November 10, 2021                    Respectfully submitted,


                                              /s/ Anna D. Walker
                                             ANNA D. WALKER
                                             Assistant United States Attorney
                                             555 Fourth Street, N.W.
                                             Washington, D.C. 20530
                                             Telephone: 202-252-2544
                                             Anna.Walker@usdoj.gov